**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                              Case No. 09-01306

    JAMES W RITZE
    DEBRA RITZE
        Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/16/2009.

2) The plan was confirmed on 05/15/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/15/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/05/2010, 03/29/2011, 09/20/2011, 09/20/2011, 09/20/2011.

5) The case was converted on 09/29/2011.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $22,531.92.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $15,786.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$15,786.00**

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $853.98 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,853.98**

Attorney fees paid and disclosed by debtor:     $500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAM | Unsecured | 1,707.50 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGISTS/JOLIET | Unsecured | 2.91 | NA | NA | 0.00 | 0.00 |
| CAVALIER TELEPHONE | Unsecured | 165.70 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 83.00 | 82.50 | 82.50 | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Secured | 6,300.00 | 6,065.82 | 6,065.82 | 3,537.55 | 552.02 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 1,226.13 | 1,153.21 | 1,153.21 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 118.08 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| EPIC GROUP | Unsecured | 8.80 | NA | NA | 0.00 | 0.00 |
| HEARTLAND CARDIOVASCULAR CTR | Unsecured | 15.10 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY & HOSPITAL | Unsecured | 7,700.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY PHYS FDN | Unsecured | 682.80 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 110.40 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 51.04 | NA | NA | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| MORRIS RADIOLOGY ASSOC | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 25.61 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 7,339.85 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 729.12 | NA | NA | 0.00 | 0.00 |
| OXFORD MGMT SERVICES | Unsecured | 491.15 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC FACULTY FOUNDATION | Unsecured | 219.90 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 570.00 | 567.64 | 567.64 | 0.00 | 0.00 |
| PREFERRED CREDIT | Unsecured | 683.04 | NA | NA | 0.00 | 0.00 |
| PROVENA CARE @ HOME | Unsecured | 40.11 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | NA | 2,527.45 | 2,527.45 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Secured | 26,046.87 | 7,842.45 | 7,842.45 | 7,842.45 | 0.00 |
| SELECT PORTFOLIO SERVICING | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUMA DIAGNOSTICS LTD | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSPITAL | Unsecured | 448.61 | NA | NA | 0.00 | 0.00 |
| THOMAS D SULLIVAN | Unsecured | 19.60 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VAN RU CREDIT | Unsecured | 45.40 | NA | NA | 0.00 | 0.00 |
| VANTAGE CREDIT UNION | Unsecured | 491.15 | NA | NA | 0.00 | 0.00 |
| WALGREENS | Unsecured | 20.18 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY CLERK | Secured | 0.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $7,842.45 | $7,842.45 | $0.00 |
| Debt Secured by Vehicle | $6,065.82 | $3,537.55 | $552.02 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,908.27** | **$11,380.00** | **$552.02** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$4,330.80** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $3,853.98 |
| Disbursements to Creditors | $11,932.02 |
| | |
| **TOTAL DISBURSEMENTS :** | **$15,786.00** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated: 10/24/2011                                          By: /s/ Glenn Stearns

                                                                              Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-13-FR-S (9/1/2009)**